FILED
2008 JUL 23 PM 3:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2421 H |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JOSE ANTONIO MEJIA-HERNANDEZ ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jose Antonio Mejia-Hernandez</u>, Criminal Case No. 08CR1755-H.

DATED: July 23, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

