AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
JOSE ANTONIO MEJIA,
        Defendant.

**APPEARANCE**

Case Number: 08CR2421-MLH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
JOSE ANTONIO MEJIA

I certify that I am admitted to practice in this court.

7/31/2008
Date

/s/ SHAFFY MOEEL
Signature

Shaffy Moeel / Federal Defenders of SD     238732
Print Name     Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City    State    Zip Code

(619) 234-8467    (619) 687-2666
Phone Number    Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 31, 2008                                                                 /s/ Shaffy Moeel
                                                                                     SHAFFY MOEEL
                                                                                     Federal Defenders of San Diego, Inc.
                                                                                     225 Broadway, Suite 900
                                                                                     San Diego, CA 92101-5030
                                                                                     (619) 234-8467  (tel)
                                                                                     (619) 687-2666  (fax)
                                                                                     e-mail: Shaffy_Moeel@fd.org